IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 05-0134
 ((((((((((((((((

 Southwestern Bell Telephone Company, Petitioner

 v.

 Coastal Mart, Inc. and Coastal Markets, LTD.,

 d/b/a Maverick Markets, Respondents

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review from the
 Court of Appeals for the Thirteenth District
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The motion to abate appeal, filed on May 24, 2006, is granted,
and this case is ABATED to allow the parties to proceed with settlement
preparations.

 2. This case is removed from the Court's active docket until July
3, 2005, by which time the parties must file either a status report or a
motion to dismiss. The parties shall immediately notify this Court about
any changes in status in the settlement process.

 Done at the City of Austin, this 2nd day of June, 2006.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Gena Pelham, Deputy Clerk